Denis F. Shanagher, State Bar No. 100222
William L. Marchant, State Bar No. 154445
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:     dshanagher@luce.com

Attorneys for Plaintiff Landmark American Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Stock Company<br><br>        Plaintiff,<br><br>v.<br><br>ACE IRON, INC. a California Corporation; DMC Construction Inc.; and DOES 1 through 25, Inclusive.<br><br>        Defendants. | Case No. C 10-02502 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Current Case Management Conference**<br>**Date: September 24, 2010**<br>**Time: 2:00 p.m.**<br>**Courtroom 2** |

Plaintiff Landmark American Insurance Company. ("Landmark" or "Plaintiff") and defendant Ace Iron, Inc. have been in settlement negotiations regarding this case and have agreed that it would be in the parties' best interests to continue the Case Management Conference in this case, currently set for September 24, 2010, to Tuesday, October 26, 2010, at 2:00 p.m.  This would allow the parties additional time to resolve this matter, in which case the Case Management Conference would not be necessary.

Plaintiff has served defendant DMC Construction, Inc. with the complaint, but DMC Construction has not made an appearance.

///

1  THEREFORE, the parties stipulate through their counsel of record that the Case Management Conference currently scheduled for September 24, 2010, be rescheduled to Tuesday, October 26, 2010, at 2:00 p.m.

DATED: September 9, 2010     LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: _____
    Denis F. Shanagher
    William L. Marchant
    Attorneys for Plaintiff
    Landmark American Insurance Company

DATED: September 9, 2010     ELLAHIE & FAROOQUI LLP


By: _____
    Javed I. Ellahie,
    Attorneys for Defendant Ace Iron, Inc.

IT IS SO ORDERED:

DATED: September 13, 2010


By: _____
    The Hon. Claudia Wilken
    United States District Judge

301190133.1