IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANDMARK AMERICAN INSURANCE COMPANY,

       Plaintiff,

  v.

ACE IRON, INC., et al.,

       Defendants.

                                        /

No. C 10-02502 CW

ORDER OF DISMISSAL

    Due to Plaintiff's failure to appear at the case management conference held on August 25, 2011, and failure to otherwise communicate with the Court, this action is dismissed for failure to prosecute.

Dated: 8/31/2011

CLAUDIA WILKEN
United States District Judge